FILED
April 20, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>      Plaintiff,   )<br>v.           )<br>            )<br>ELAINE DUNBAR,       )<br>            )<br>      Defendant.   ) | Case No. 2:12MJ00104-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   ELAINE DUNBAR  , Case No. 2:12MJ00104-GGH  , Charge   21USC § 846, 841(a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   __   Bail Posted in the Sum of $_____

       __   Unsecured Appearance Bond

       __   Appearance Bond with 10% Deposit

       __   Appearance Bond with Surety

       __   Corporate Surety Bail Bond

   ✔   (Other)      Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 20, 2012  at  2:00 pm  .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court