**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
**MICHAEL DUNBAR**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br><br>MICHAEL DUNBAR,<br><br>                Defendant. | Case No. CR 12MJ00104 GGH<br>(Case No. CR 12-00065 – D)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PROPERTY BOND FOR PRETRIAL RELEASE** |

The United States of America, by and through Assistant U.S. Attorney Jason Hitt, and Defendant Michael Dunbar, by and through counsel Jennifer C. Noble, hereby stipulate and agree that the time to file the $50,000 property-secured bond for pretrial release be continued from May 11, 2012 to June 1, 2012.

After a detention hearing, Mr. Dunbar was released on an unsecured appearance bond for $50,000. with the condition the bond would be secured by real property. Mr. Dunbar is charged in the Western District of Oklahoma and appeared before Magistrate Judge Bana Roberts on May 3, 2012.  Judge Roberts, in the Western District of Oklahoma, ordered the conditions of release to remain in full force and effect.  The Judge is, however, amenable to giving Mr. Dunbar additional time to file the secured bond.

The parties are entering into this Stipulation because the defense needs additional time to arrange for the title search and property appraisal and to assemble the paperwork for the review by the Assistant U.S. Attorney.

**IT IS SO STIPULATED.**

DATED: May 9, 2012				BENJAMIN B. WAGNER
						United States Attorney

						By: /s/ Jason Hitt
						       JASON HITT
						       Assistant U.S. Attorney

DATED: May 9, 2012				WISEMAN LAW GROUP, P.C.

						By:    /s/  Jennifer C. Noble
						       JENNIFER C. NOBLE
						       Attorney for Defendant
						       MICHAEL DUNBAR

### ORDER

GOOD CAUSE APPEARING, and based upon the above stipulation, IT IS HEREBY ORDERED that the time to file the $50,000 property-secured bond for pretrial release be continued to June 1, 2012.

**IT IS SO ORDERED.**

Dated:  May 10, 2012

						  /s/ Gregory G. Hollows
						United States Magistrate Judge